FILED

APR 8 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-MJ-1156 |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION ON |
| BRANDON TORRES, ) | PENDING TRIAL |
| Defendant. ) | |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was set for April 8, 2011, to determine whether Brandon Torres ("defendant") should be held in custody pending trial, on the grounds that the defendant is a flight risk. Assistant U.S. Attorney Helen H. Hong appeared on behalf of the United States; Karen Stevens appeared on behalf of the defendant.

At the April 8, 2011 hearing, the defendant knowingly and voluntarily waived his right without prejudice, on the record and in the presence of counsel, to the setting of bail and a detention hearing. Based on the waiver, the defendant shall be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the defendant for such relief.

11-mj-1156

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED that the defendant be detained pending trial and, if convicted, |
| 3 | sentencing in these matters. |
| 4 | IT IS FURTHER ORDERED that the defendant be committed to the custody of the |
| 5 | Attorney General or his designated representative for confinement in a corrections facility separate, |
| 6 | to the extent practicable, from persons awaiting or serving sentence or being held in custody |
| 7 | pending appeal. The defendant shall be afforded reasonable opportunity for private consultation |
| 8 | with counsel. While in custody, upon order of a court of the United States or upon the request of |
| 9 | an attorney for the United States, the person in charge of the correctional facility shall deliver the |
| 10 | defendant to the United States Marshal for the purpose of an appearance in connection with a court |
| 11 | proceeding or any other appearance stipulated to by defense and government counsel. |
| 12 | This order is made without prejudice to modification by this Court and without prejudice |
| 13 | to the defendant's exercise of his right to bail and a detention hearing at a future date. |
| 14 | IT IS SO ORDERED. |
| 16 | DATED: 4-8-11 |
| 17 | _[signature]_ |
| 18 | THE HONORABLE NITA L. STORMES<br>United States Magistrate Judge<br>United States District Court for the<br>Southern District of California |

11-mj-1156