AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 5 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | CASE NUMBER: 11CR1737-MMA |
| BRANDON TORRES | |

I, Brandon Torres, the above named defendant, who is accused of Title 18, United States Code, Section 2113(a) - Bank Robbery, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on May 5, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
BRANDON TORRES
Defendant

_____
KAREN STEVENS
Counsel for Defendant

Before _____
JUDICIAL OFFICER