# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11CR1737-MMA |
| Plaintiff, | ORDER |
| v. | |
| BRANDON TORRES, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information.

Dated:  6/16/2011

MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

11CR1737-MMA